UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|                        |     |                      |
|------------------------|-----|----------------------|
| RAY MUHAMMAD,          | )   |                      |
|                        | )   |                      |
| Plaintiff,             | )   |                      |
|                        | )   |                      |
| v.                     | )   | **JUDGMENT**         |
|                        | )   |                      |
|                        | )   | No. 5:13-CV-595-FL   |
| AUDREY A. MUHAMMAD,    | )   |                      |
|                        | )   |                      |
| Defendant.             | )   |                      |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 19, 2013, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED, and this matter is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction and for failure to state a claim. Plaintiff shall have and recover nothing from this action.

<u>**This Judgment Filed and Entered on November 19, 2013, and Copies To:**</u>
Matthew F. Stauff (via CM/ECF Notice of Electronic Filing)
Ray Muhammad (via U.S. Mail) 5004 Plaza Circle, Richmond, CA 94804


November 19, 2013                     JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk